### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOE C. STUART, | ) |
| | ) |
| Plaintiff, | ) Case No. 16-02260 |
| | ) |
| v. | ) |
| | ) |
| ATCHISON COUNTY SHERIFF'S | ) |
| DEPARTMENT AND ADVANCED | ) |
| CORRECTIONAL HEALTHCARE, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Wendell F. Cowan, of Foulston Siefkin LLP, enters his appearance herein on behalf of Defendant Atchison County Sheriff's Department in the above-captioned matter.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: *s/ Wendell F. Cowan*
    Wendell F. Cowan, #08227

Toby Crouse, #20030
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
(913) 498-2100
(913) 498-2101 FAX
Email: tcrouse@foulston.com
        bcowan@foulston.com

*and*

265750

Kelsey Frobisher, #26870
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone:  (316) 291-9518
Facsimile:  (316) 347-9611
Email:  kfrobisher@foulston.com

ATTORNEY FOR ATCHISON
COUNTY SHERIFF'S DEPARTMENT

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that a true and correct copy of the above foregoing was served by depositing same in the U.S. Mail, postage prepaid, on this 21st day of April, 2016, addressed to:

Joe Charles Stuart, #0111742
Norton Correctional Facility
PO Box 527
Stockton, KS 67669

PRO SE PLAINTIFF

J. Thaddeus Eckenrode
ECKENRODE-MAUPIN, Attorneys at Law
8000 Maryland Ave., Ste. 1300
St. Louis, MO 63105
jte@eckenrode-law.com

ATTORNEY FOR DEFENDANT
ADVANCED CORRECTIONAL HEALTHCARE, INC.

    s/ *Wendell F. Cowan*
ATTORNEYS FOR ATCHISON COUNTY
DEFENDANTS